IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:21-CV-053-KDB-DCK

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| $16,761 IN UNITED STATES CURRENCY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by Maria T. Perry, concerning Stephen Silverman, on March 30, 2021. Stephen Silverman seeks to appear as counsel *pro hac vice* for Claimant Jermaine Sanders and Defendant $16,761 in United States Currency. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion with modification.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED with modification**. Stephen Silverman is hereby admitted *pro hac vice* to represent Claimant Jermaine Lydell Sanders.

**SO ORDERED**.

Signed: April 13, 2021

David C. Keesler
United States Magistrate Judge