# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| United States of America**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:21-cv-00053-KDB-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| $16,761 in United States Currency **,** | ) | |
| | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 20, 2022 Order.

October 20, 2022

*Frank G. John*

Frank G. Johns, Clerk
United States District Court